1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARK TOPOOZIAN, Co-Trustee of the HARRY TOPOOZIAN 2011 TRUST dated August 22, 2011; THOMAS H. TOPOOZIAN, Co-Trustee of the HARRY TOPOOZIAN 2011 TRUST dated August 22, 2011; HARRY TOPOOZIAN, Co-Trustee of the HARRY TOPOOZIAN 2011 TRUST dated August 22, 2011; AJMER S. BAINS dba KEVIN & ALEX LIQUOR DELI; STEVIE S. GHAG dba KEVIN & ALEX LIQUOR DELI;<br><br>  Defendants. | No. 1:15-CV-00244---BAM<br><br>**STIPULATION TO EXTEND TIME FOR MARK TOPOOZIAN, THOMAS H. TOPOOZIAN, AJMER S. BAINS, AND STEVIE S. GHAG TO RESPOND TO THE COMPLAINT;  ORDER** |

Plaintiff, Ronald Moore ("Plaintiff"), by and through his counsel; Defendants, Mark Topoozian, Thomas H. Topoozian, and Harry Topoozian ("the Topoozians"), by and through their counsel; and Defendants Ajmer S. Bains ("Bains"), and Stevie S. Ghag ("Ghag," and together with the Topoozians and Bains, collectively referred to as "Defendants"), who are presently self-represented, hereby stipulate as follows:

1. The current responsive pleading deadlines for Defendants are as follows:

- Mark Topoozian:  March 16, 2015
- Thomas H. Topoozian:  March 18, 2015
- Harry Topoozian:  April 27, 2015
- Ajmer S. Bains:  March 30, 2015
- Stevie S. Ghag:  March 30, 2015

2. Plaintiff and Defendants are currently exploring settlement, and wish to avoid the costs associated with Defendants preparing and filing responsive pleadings while they exhaust such efforts. As such, they wish to extend the deadline for Defendants Mark Topoozian, Thomas Topoozian, Ajmer S. Bains and Stevie S. Ghag to respond to Plaintiff's complaint to coincide with the responsive pleading deadline for Harry Topoozian, namely April 27, 2015.

3. This extension of time does not alter any date or event already set by Court order, including the May 12, 2015 Status/Scheduling Conference.

4. For these reasons, the parties hereby stipulate that all Defendants may have to and including April 27, 2015 within which to file their responsive pleadings.

**IT IS SO STIPULATED.**

Dated: March 11, 2015                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Ronald Moore

| | |
|---|---|
| Dated:  March 10, 2015 | GILMORE MAGNESS LEIFER, a Professional Corporation |
| | |
| | */s/ William H. Leifer* |
| | William H. Leifer, Attorneys for Defendants, Mark Topoozian, Thomas H. Topoozian, Harry Topoozian |
| | |
| Dated:  March 10, 2015 | */s/ Ajmer S. Bains* |
| | Ajmer S. Bains, Defendant in Propria Persona |
| | |
| Dated:  March 10, 2015 | */s/ Stevie S. Ghag* |
| | Stevie S. Ghag, Defendant in Propria Persona |

I attest that the original facsimile signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

|   |   |
|---|---|
| | */s/ Tanya E. Moore* |
| | Tanya E. Moore, Attorney for Plaintiff, Ronald Moore |

///
///
///
///
///
///
///
///
///

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the responsive pleading deadlines for Defendants Mark Topoozian, Thomas H. Topoozian, Ajmer S. Bains, and Stevie S. Ghag are hereby continued to April 27, 2015.

At the time each defendant files a response to the complaint, that defendant shall also file the Magistrate Judge consent form indicating whether that defendant consents or declines Magistrate Judge jurisdiction.

**IT IS SO ORDERED**.

Dated:   **March 12, 2015**                         /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE