**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br>          Plaintiff,<br>     vs.<br>MARK TOPOOZIAN, Co-Trustee of the HARRY TOPOOZIAN 2011 TRUST dated August 22, 2011, et al.,<br>          Defendants.<br>_____/ | 1:15-cv-00244-AWI-BAM<br><br>**ORDER DISMISSING ACTION AND CLOSING CASE**<br><br>(Doc. 20) |

On February 17, 2015, Ronald Moore filed a complaint against Mark Topooznian, as Co-Trustee of the Harry Topoozian 2001 Trust. On April 17, 2015, plaintiff filed a notice of settlement and voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In light of the notice, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to any party. The Court respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   April 20, 2015                               _____
                                                                          SENIOR  DISTRICT  JUDGE